# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff/Respondent, | : | Case No.  3:04CR031 |
| | | 3:05CV244 |
| | : | |
| vs. | | District Judge Thomas M. Rose |
| | : | Magistrate Judge Sharon L. Ovington |
| NATHAN GODDARD, | | |
| | : | |
| Defendant/Petitioner. | | |
| | : | |

## DECISION AND ENTRY

The Court has reviewed *de novo* the Report and Recommendations (Doc. #379) and noting that no objections have been filed thereto, and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby adopts said Report and Recommendations.  It is therefore **ORDERED** that:

1. The Report and Recommendations filed on September 27, 2006 (Doc. #379) is ADOPTED in full;

2. Petitioner's Motion to Vacate, Set Aside or Correct Sentence (Doc. #287) is DENIED;

3. A certificate of appealability shall not issue; and

4. The case is terminated on the docket of this Court.

October 16, 2006                                                     **\*s/THOMAS M. ROSE**

                                                                                    Thomas M. Rose
                                                                                    United States District Judge